AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Joshua Davon Rosser | ) Case: 1:25-mj-00199 |
| DOB: XXXXXX | ) Assigned To : Sharbaugh, Matthew J. |
|  | ) Assign. Date : 9/3/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 2, 2025  in the county of _____ in the Jurisdiction of the District of  Columbia , the defendant(s) violated:

*Code Section* — *Offense Description*

18 USC 111 (a)(1) and (2) – Assaulting a federal officer with a deadly weapon.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Ian Best , Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 09/03/2025

_____
*Judge's signature*

City and state: Washington, D.C.   Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*