**Statement of Facts**

On Tuesday, September 2, 2025, members of the Executive Order 14252 Task Force were working the evening tour within the District of Columbia. Members of the Task Force were wearing plainclothes and external vests that stated "POLICE," "FBI," or "U.S. MARSHAL," with law enforcement identifiers prominently displayed. Members were operating unmarked police cruisers equipped with emergency lights and sirens.

At approximately 2:08 pm, while patrolling in the 0-100 Unit Block of Ridge Road, SE, Washington, D.C., officers saw a heavily tinted Infiniti SUV that was bearing a Texas paper tag of 39622R2. Officers immediately recognized the tag to be a counterfeit Texas Buyer's Tag based on their experience and knowledge, which was confirmed via an NCIC query that yielded NO RETURN.

After confirming that the Infiniti SUV had counterfeit tags, Task Force members attempted a traffic stop in the 0-100 Unit Block of Ridge Road. Based on officer's experience with counterfeit tags, stolen vehicles, and fleeing vehicles, members elected to conduct the stop in a manner that guaranteed maximum safety to the public. A US Marshal Service (USMS) vehicle occupied by Deputy US Marshal (DUSM) Kash (Driver), DUSM Watson (Front Passenger), DUSM Bedenbaugh (Rear Passenger), DUSM Sapp (Rear Passenger) – all federal officers – pulled in front of the Infiniti with full emergency equipment activated, making it readily identifiable as a police vehicle.

Simultaneously, a US Park Police (USPP) vehicle occupied by Officer Brennan (Driver) and Officer Callahan (Front Passenger) activated their emergency equipment. Officer Brennan then began to exit the cruiser.

1

After Officer Brennan got out of his vehicle, the Infiniti SUV rapidly accelerated forward, ramming the rear of the USMS Dodge vehicle that was occupied by federal USMS Task Force members Kash, Watson, Bedenbaugh, Sapp. After ramming and causing damage to the USMS vehicle, the operator of the Infiniti SUV drove away in his car. *See* Figure 1 below.



**Figure 1: Damage Caused by Defendant Ramming USMS Vehicle. See Also Flashing Lights on Rear of Vehicle That Were Visible to Defendant at time of Crash.**



**Figure 2: Damage Caused by Defendant Ramming USMS Vehicle**.

Recognizing the blatant, conscious, disregard for the life and safety of both law enforcement and the general public and the inherent risk of grievous bodily injury posed by the reckless operation of a motor vehicle, officers initiated a vehicle pursuit in accordance with General Order 22025 – Vehicular Pursuits, Emergency Modification. Members initiated the aforementioned pursuit to gain control of the motor vehicle, the operator of the motor vehicle, and to ensure the safety of the public by stopping the active threat. During the pursuit, the operator crossed the double yellow center divide, reached speeds in excess of 80 miles per hour, and drove the wrong way up one-way roads.

Members of the Task Force, including Officers Brennan and Callahan chased the Infinity SUV in their police vehicles for nearly four minutes, while their lights and sirens were on. During the chase, the Infinity SUV began to circle around the area of 5600 Block of Ayers Place. It then exited an alley and drove directly towards a different USMS vehicle occupied by DUSM Reihl (Driver), DUSM Rote (Front Passenger), and DUSM Mortan (Rear Passenger) – all federal officers. With his lights and sirens on, DUSM Reihl attempted to assist with the stop, in his unmarked GMC police vehicle. The operator of the Infiniti SUV then rammed the front of DUSM Reihl's vehicle, with federal officers DUSMs Reihl, Rote, and Mortan still inside. When the driver rammed the vehicle, the force of the car crash caused DUSM Rote's head to hit his head rest, resulting in an injury to his head. After colliding with and causing damage to DUSM Reihl's vehicle, the driver of the Infinity pulled away and continued to flee. *See* Figures 3 and 4, below.



**Figure 3: Damage Caused by Defendant Ramming Second USMS Vehicle**.



**Figure 4: Damage Caused by Defendant Ramming Second USMS Vehicle**.

Task Force members then pursued the Infiniti for approximately an additional four minutes, driving towards the 4100 Block of Stanley St, SE, Washington, D.C. In the 4100 Block of Stanley St, SE, officers observed a single occupant exit the driver's seat. This occupant was a black male wearing a yellow hooded sweatshirt, black pants, and white socks. Officer Brennan pursued him on foot through backyards and back onto Stanley St, SE, where he was apprehended by Metropolitan Police Department (MPD) Officers, assisted by DUSM Shepherd and Officer Brennan.

When asked his name, the operator self-identified as Joshua ROSSER. ROSSER was placed under arrest. Officers queried the Infiniti's VIN through NCIC, locating an "Attempt to

5

Locate" report. Officers spoke to the complainant in the report, Jada Corlley, who clarified that ROSSER was the owner of the Infiniti SUV.

ROSSER was transported to the USPP Central District Station for processing. During the processing, ROSSER was read his Miranda Warning from a card. During the interview, ROSSER stated, "I was going to pull over when y'all first got behind me, but I didn't know what to think, I didn't do nothing." During the interview, Brennan stated to ROSSER "We try to light you up, two police cars with their lights on, you ram the first one, then you take off," to which ROSSER responded "No, I had stopped right there, he was in front of me, I went around." ROSSER later stated "When y'all first pulled the lights I didn't know y'all was the police," acknowledging he did see the emergency lights activated.

_____
Special Agent Ian Best
Federal Bureau of Investigations

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 3rd day of September, 2025.*

_____
Matthew J. Sharbaugh
 UNITED STATES MAGISTRATE JUDGE

6